UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jorge Bacallao

Case No.: 26-15626-RAM
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Portfolio Recovery Associates, LLC and Notice of Hearing was sent to all parties on the attached service list on July 30, 2026.

Electronically & Mailed:

Nancy K. Neidich, Trustee
PO Box 279806
Hollywood, FL 33027

First Class Mail:

Debtor(s), Jorge Bacallao
5646 W 25th Ct
Hialeah, FL 33016

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
120 Corporate Boulevard, Suite 100,
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Portfolio Recovery Associates, LLC
c/o Dickson, James
120 CORPORATE BLVD.
Suite 100
NORFOLK, VA 23502

Portfolio Recovery Associates, LLC
c/o Dewey, Craig
120 CORPORATE BLVD.
Suite 100

NORFOLK, VA 23502

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
c/o Ciara M. Lawton, BK Representative
PO Box 41067
Norfolk, VA 23541

Respectfully submitted:
July 30, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com