UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jorge Bacallao

Debtor /

Case No.: 26-15626-RAM
Chapter 13

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2026, a true and correct copy of the **Motion to Avoid Lien** and **Notice of Hearing** was served electronically on the following parties:
Electronically: Nancy K. Neidich, Trustee

I further certify that on September 11, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Jorge Bacallao
5646 W 25th Ct,
Hialeah, FL 33016

**Portfolio Recovery Associates, LLC**
Attn: President / Managing Agent
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502

**Consuegra & Duffy, PLLC**
Counsel for Portfolio Recovery Associates, LLC
P.O. Box 172069
Tampa, FL 33672

**Corporation Service Company**
Registered Agent for Portfolio Recovery Associates, LLC
1201 Hays Street
Tallahassee, FL 32301-2525

**JPMorgan Chase Bank, N.A.**
Court Orders and Levies - RCO Centralized Mail
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

Respectfully submitted:
September 11, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com