UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jorge Bacallao

Debtor /

Case No.: 26-15626-RAM
Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **Objection to Claim of Ally Bank** and **Notice of Hearing** was sent to all parties on the attached service list on October 15, 2026.

Electronically & Mailed:

Nancy K. Neidich, Trustee
PO Box 279806
Hollywood, FL 33027

**CERTIFIED MAIL**
**ALLY BANK CORP.**
**c/o Michael G. Rhodes, CEO**
**200 West Civic Center Drive**
**Sandy, UT 84070**

First Class Mail:

Debtor(s), Jorge Bacallao
5646 W 25th Ct
Hialeah, FL 33016

Ally Bank
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

AIS Portfolio Services, LLC
c/o Ajay Mohite, Claims Processor
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

AIS Portfolio Services, LLC
1212 Corporate Dr, Suite 400,
Irving, TX 75038

Ally Bank
500 Woodward Ave, Floor 10,
Detroit, MI 48226

C T CORPORATION SYSTEM
c/o ALLY BANK CORP.
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Respectfully submitted:
October 15, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com